**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Thomas F. Quinn (TFQ-3063)
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
Attorneys for Defendant Dwight Zurawski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| JAMES A. KRIDEL, JR., | : HON. SUSAN D. WIGENTON, U.S.D.J. |
|  | : HON. MADELINE C. ARLEO, U.S.M.J. |
| Plaintiff, | : |
|  | : Civ. 2:12-cv-07401-SDW-MCA |
| v. | : |
|  | : |
| DWIGHT ZURAWSKI, individually, | : **ORDER** |
| JOHN and JANE DOES I-V, | : |
| and ENTITIES I-V | : |
|  | : |
| Defendants. | : **FILED ELECTRONICALLY** |

**THIS MATTER** having been opened to the Court by Defendant Dwight Zurawski ("Zurawski"), by its attorneys Wilson, Elser, Moskowitz, Edelman & Dicker LLP, for an Order dismissing Plaintiff's ~~First~~ *Second* Amended Complaint with prejudice in accordance with Fed. R. Civ. P. 12(c); an Order dismissing Plaintiff's ~~First~~ *Second* Amended Complaint for failure to join necessary and indispensable parties to this litigation pursuant to Fed. R. Civ. P. 19; an Order dismissing Plaintiff's ~~First~~ *Second* Amended Complaint based upon New Jersey's lack of personal jurisdiction over Defendant Zurawski pursuant to Fed. R. Civ. Pro. 12(b)(2), and an Order dismissing Plaintiff's ~~First~~ *Second* Amended Complaint based upon New Jersey being an improper venue pursuant to Fed. R.

1577981.1

Civ. Pro. 12(b)(3), and improper venue pursuant to 28 U.S.C. §1391 and the Court having considered the papers submitted and oral argument, if any; and for good cause shown;

IT IS on this __1st__ day of __April__, 2013,

**ORDERED**, that Plaintiff executed a Release on June 10, 2008, which bars the claims against Defendant Zurawski's as contained in Plaintiff's ~~Second~~ Amended Complaint. Therefore, Plaintiff's ~~First~~ Second Amended Complaint fails to establish a claim upon which relief can be granted as against Defendant Zurawski, and Plaintiff's ~~First~~ Second Amended Complaint is dismissed with prejudice and with costs. _for the reasons set forth in the record._

_____
Honorable Susan D. Wigenton, U.S.D.J.